**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**CYNTHIA PUTT**                                                                                          **PLAINTIFF**

**VS.**                                                        **CIVIL ACTION NO. 2:08CV91**

**OFFICER HARRY SCHREFFLER, III**
**and THE CITY OF OLIVE BRANCH,**
**MISSISSIPPI**                                                                                **DEFENDANTS**

## JUDGMENT

For the reasons given in the court's order issued this date, it is hereby ordered and adjudged that this case is dismissed.

SO ORDERED, this 11th day of August, 2009.

                                                               **/s/ MICHAEL P. MILLS**
                                                               **CHIEF JUDGE**
                                                               **UNITED STATES DISTRICT COURT**
                                                               **NORTHERN DISTRICT OF MISSISSIPPI**